

## LAW OFFICE OF
# GLPC | GABRIEL A. LEVY, P.C.

**1129 Northern Boulevard. Suite 404, Manhasset, NY 11030** ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

August 6, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025
```

**MEMORANDUM ENDORSED**

RE:    **AUSTIN v. CEAD SLAINE INC., et al.**
        <u>**DOCKET NO. 1:25-cv-2846**</u>

Dear Judge Woods:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for August 14, 2025 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

To date, the defendant has not appeared on the docket or through counsel. However, on August 4th, I emailed events@paddyreillysmusicbar.com, an address listed on the defendant's website, to inform them of the upcoming conference and appearance details. I asked for confirmation as to whether they intend to appear. I have not received a response to email.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to do so, Plaintiff intends to move for default judgment.

A copy of this letter has been sent to the email address listed above. I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted. Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 8, is granted. The initial pretrial conference scheduled for August 14, 2025 is adjourned to September 15, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's April 7, 2025 order are due no later than September 8, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: August 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge