

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

September 8, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025
```

**MEMORANDUM ENDORSED**

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **AUSTIN v. CEAD SLAINTE INC., et al.**
      **DOCKET NO. 1:25-cv-2846**

Dear Judge Woods:

  The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for September 15th.

  Since my prior letter to the Court on August 6th (Doc. 8) where I requested an adjournment of the conference due to a lack of participation by the defendants I was contacted by Michael C. Fox, Esq. who represents defendant 519 Second Avenue Acquisition LLC. Mr. Fox advised me that he has been retained as counsel and the parties are currently in the process of working out a potential issue of incorrectly naming Cead Slainte Inc. as a co-defendant to this action. Mr. Fox has informed me that Cead Slainte is no longer the entity in possession of the premises at issue in this case. My office is currently in the process of investigating whether the complaint needs to be amended.

  As a result, the parties have not yet had an opportunity to meet and confer or prepare the pre-conference submissions. Accordingly, the undersigned respectfully requests that the Court adjourn the initial conference for thirty (30) days to allow the parties time to resolve the issue regarding proper parties, confer as required, and submit the necessary pre-conference materials.

  I thank the Court for its attention and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

---

Application granted. Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 10, is granted. The initial pretrial conference scheduled for September 15, 2025 is adjourned to October 21, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's April 7, 2025 order are due no later than October 14, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated: September 8, 2025
New York, New York

GREGORY H. WOODS
United States District Judge