USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

PATRICK AUSTIN,

                        Plaintiff,

              -against-

CEAD SLAINTE INC., *doing business as* Paddy Reilly's, *et al.*,

                        Defendants.

----------------------------------------------------------------- X

1:25-cv-2846-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated September 8, 2025, Dkt. No. 11, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 14, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's September 8, 2025 order forthwith and in any event no later than October 17, 2025.

    SO ORDERED.

Dated: October 15, 2025

                                                    GREGORY H. WOODS
                                           United States District Judge