

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

October 17, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025
```

**MEMORANDUM ENDORSED**

RE: **AUSTIN v. CEAD SLAINTE INC., et al.**
    **DOCKET NO. 1:25-cv-2846**

Dear Judge Woods:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to request a 30-day adjournment of the initial conference, currently scheduled for October 21st. This is the parties' second request for an adjournment of the conference.

Since my September 8th letter motion (Doc. 10), I have been in contact with Michael C. Fox, Esq., counsel for defendant 519 Second Avenue Acquisition LLC. Mr. Fox advised today that he has been dealing with a family emergency, which has made coordination difficult. In addition, co-defendant Cead Sláinte Inc. has not engaged, and we understand it may no longer be the proper entity in possession of the premises. I am working to confirm the correct entity and to secure participation from that party, with an eye toward an early resolution.

In light of the above, Plaintiff respectfully requests a thirty-day adjournment of the October 21, 2025 initial conference, to a date on or after November 21, 2025, and an extension of the deadline to submit the joint status letter and proposed case management plan to November 18, 2025.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

Application granted. Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for October 21, 2025 is adjourned to December 3, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's April 7, 2025 order are due no later than November 26, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.
Dated: October 17, 2025

_____
GREGORY H. WOODS
United States District Judge